IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Hazelene E. Trexler and Terry A. Trexler,

      Plaintiffs,

      vs.

Dr. Michael R. Privette; Dr. Lari Stokes; Dr. Katy Caroughters; Equicare Veterinary Associates; Richland County Humane SPCA; Michelle Hart; Kelly Graham; Josh Gowans; Richland County Humane SPCA Board of Directors Members both individually and as an entity; and Wayne Brennessel,

      Defendants

C.A. No.: 3:09-02172-RBH

**ORDER**

      This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Paige J. Gossett, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

      The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

Neither party filed objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Gossett's Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that the case is remanded to the Court of Common Pleas for Richland County and the defendants' motion to consolidate is denied. Defendants' motion to expedite is terminated as moot.

**IT IS SO ORDERED.**

    s/ R. Bryan Harwell
    R. Bryan Harwell
    United States District Judge

Florence, South Carolina
October 20, 2009